JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| RANDAL SCOTT LANEY, | ) | No. CV 08-2610-JFW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| TOMMY FELKER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 19, 2010

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE